Alvin C. McGilvery
#1856723
Hughes Unit
Rt 2 Box 4400
Gatesville, TX 76597

81,240-01

July 17, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk

Courts of Criminal Appeals
P.O. Box 12548
Capital Station
Austin, TX 78711

RE: My third letter attempting to find out the status of
    my case and to inform the Courts of my change of
    address.

District Criminal of Appeal Clerk:

        This is my third letting, informing the Courts of my
change of address which is now at the Alfred D. Hughes
Unit, Rt 2 Box 4400, Gatesville, TX. 76597. I also would
like to know the status of my case. My case number
is No. - C-2-009949-1255066-A. If there is no response
in (30) thirty days, I will pursue further actions.

Respectfully
Alvin C. McGilvery
Alvin C. McGilvery #1856723
Rt 2 Box 4400
Gatesville, TX 76597

Search: [ ] [Select ∨] [Go]  **Successfully created new Contact.**  Search by Id: [ ] [Constituent ∨] [Go]

## Constituent Info: 646687

| | | | |
|---|---|---|---|
| **Salutation:** [ ] | **Address 1:** [Rt. 2 Box 4400] | **Email:** [ ] |
| **First Name:** [Alvin C.] | **Apt/Bldg/Etc:** [Hughes Unit] | **Phone:** [ ]-[ ]-[ ] |
| **Last Name:** [McGilvery] | **City:** [Gatesville] | **Cell:** [ ]-[ ]-[ ] |
| **Suffix:** [ ] | **State:** [TX ∨] | **Work:** [ ]-[ ]- |
| **Title:** [Inmate] | **Zip Code:** [76597]-[ ] | [ ] ex[ ] |
| **Organization:** [TDCJ#1856723] | | **Fax:** [ ]-[ ]-[ ] |

**Spanish:** ☐  **Public Official:** ☐  **Inmate:** ☑

**Senior:** ☐

**Created:** [ess2]  **Edited:** [ess2]

## Contact ID: 838817

| | |
|---|---|
| **Contact Type:** [Intra-agency Mail ∨] | **Topic:** [Select ∨] |
| **Date Entered:** [7-27-2015] | **Keyword:** [Select ∨] |
| **Date Closed:** [ ] | **CJID:** ☐ |
| **Cert Mail No:** [ ] | |
| **Business:** [ ] | **Issue:** Prisoner states it is third time trying to advise the court of change of address for case #c-2-009949-1255066-A but doesn't say what type of case it is. |
| **Trnsfr/Route:** [012-LEDD] | |
| **Response Type:** [None ∨] | |
| **Brochure:** [None ∨] | |
| Attachment(s): | |

**Response:** [ ]

**Notes:** [ ]

**Created:** [ess2]  **Edited:** [ess2]

**Record: 1 of 1**

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk